# EXHIBIT A



## George Moore & Associates, Inc.     1-800-220-3281

### TRUDY R. KOSLOW, M.Ed., CRC, CCM, CLCP, (D) ABVE
**Phone: (703) 971-3777 * Fax: (703) 921-0830 & 800-750-9059**
*Curriculum Vitae*

### *Education:*

Certificate Advanced Life Care Planning for Catastrophic Case Management, University of Florida, Orlando, FL, 1994-1995.

Thirty credits earned towards a Ph.D. in Rehabilitation Counseling, University of Maryland, College Park, MD, 1985-1988.

Master's Degree, Rehabilitation Counseling, Springfield College, Springfield, MA, 1980.

Certificate of Advance Graduate Study, Springfield College, Springfield, MA 1980.

B.A., Hispanic Studies, Smith College, Northampton, MA, 1977.

### *Certifications:*

Certification in Rehabilitation Counseling, 1981
Certified in Case Manager, Commission on Case Manager Certification, 1993
Certification in Life Care Planning, Commission on Healthcare Certification, 1996
Diplomat, American Board of Vocational Experts, 1999
Certified Rehabilitation Provider, Commonwealth of Virginia, Department of Health Professionals, 1995
Certified Rehabilitation Provider, State of Maryland, 1999
Certified, Office of Worker's Compensation Programs, US Department of Labor, 1985

### *Capabilities:*

Bi-lingual: English and Spanish
Expert Witness Testimony
Life Care Planning
Brian Injury Rehabilitation
Comprehensive Case Management
Medicare Set-Aside Development

- Conduct vocational evaluations and assessments to determine potential for placement.
- Counsel individuals with problems to include drug and alcohol, relationships, forming career goals, and determining educational needs and training.
- Provide vocational testing to include interest, personality, achievement and aptitude.

## *Professional Experience:*

**Rehabilitation Consultant/Expert Provider**
George Moore & Associates, Inc.
August 1999 - Present

Provide expert services as requested including expert testimony and life care planning. Provide vocational evaluations and case management support for veterans with service related disabilities.

**Vocational Rehabilitation Counselor, Consultant, and Life Care Planner**
Trudy R. Koslow, M.Ed., CRC, CCM, CLCP
October 1984 - Present

Provide vocational rehabilitation counseling to English and Spanish speaking individuals. Provide counseling services in liability, long term disability and workers' compensation cases. Provide services to various insurance companies, attorneys, and the federal government. Provide regular consulting services to INOVA Mt. Vernon Rehabilitation Center and the Bridge Program, an outpatient brain injury treatment program. Develop life care plans and provide expert testimony. Have provided expert testimony in a variety of cases including medical malpractice, divorce, personal injury, employment law, motor vehicle accident and workers' compensation. Develop Medicare Set-Aside proposals.

**Director of Rehabilitation Services**
Capital Case Management - Partner
January 1996-March 1997

Provided supervision to a staff of ten counselors and coordinated case management services for the entire staff. Marketed counseling services to attorneys, insurance companies, federal and county governments, educational institutions and to individuals.

**Instructor**
University of Maryland
1985-May 1986

Taught Introduction to Rehabilitation Counseling course to undergraduate students. Developed curriculum, determined grading procedure and assisted students as needed.

**Rehabilitation Counselor**
Massachusetts Rehabilitation Commission
August 1980-August 1984

Provided vocational rehabilitation counseling to persons with various disabilities. Managed a caseload of approximately 100 English and Spanish speaking individuals. Voluntary supervision of graduate and undergraduate students doing practicums and internships.

**Counselor/Coordinator**
Alcoholism Services of Greater Springfield – DWI Program, Springfield, MA
April 1980-August 1980

Provided one on one counseling of individuals arrested for driving while intoxicated focusing on individuals who exhibited problematic involvement with their use of alcohol. Supervised one staff member. Maintained contact with numerous courts and probation officers. Provided community resources to clients and coordinated referrals as needed.

**Instructor/Coordinator**
Alcohol Services Center of Greater Springfield, Springfield, MA
1977-1980

Taught alcoholism awareness classes to individuals arrested for driving while intoxicated. Made recommendations to the court regarding case disposition. Provided individuals with resource information and coordinated referrals to counseling when needed.

## *Professional Membership/Offices Held*

1981 - 1998  National Rehabilitation Counseling Association
Includes affiliation with National Rehabilitation Association

1981 - 1984  Massachusetts Rehabilitation Counseling Association
Includes affiliation with Massachusetts Rehabilitation Association; Treasurer, 1983 - 1984.

1984 - 1998  Virginia Rehabilitation Counseling Association
Includes affiliation with Virginia Rehabilitation Association

1986-Present
IARP (formerly NARPPS), CARPPS and Virginia NARPPS
National (Chesapeake and Virginia Chapters) Association of Rehabilitation Professionals in the Private Sector now known as the International Association of Rehabilitation Professionals. Secretary/Treasurer of Virginia NARPPS, 1988 - 1990; Secretary, 1990 - 1991; Treasurer, 1991 - 1993; President-Elect, 1993 - 1994; President, 1994 – 1995; Immediate Past President, 1995-1996; Northern Virginia Regional Representative 5/02 – 5/03. Annual Conference Chair, 1995 - 1996. Helped organize state annual conferences 1994 - 2000. Served on national NARPPS Board as Council of Chapter Presidents representative, 1994 - 1995; Region III Representative, 1995 - 1996. Worked with National NARPPS office as the Legislative Consultant, 5/96 - 12/96. Served as Co-Chair of the Forensic Section, 4/98 - 3/99 and again from 5/05 - 5/06. Chair, CEU Committee 5/03 – present. Chair, Student Volunteer Scholarship Program 2/05 – present.

1996 - Present
**American Board of Disability Analysts**

1998 - 2000  **American Rehabilitation Economics Association**

1999 – Present
**American Board of Vocational Experts**
7/05 – present – serving as peer reviewer for individuals seeking certification at various levels

## Presentations

03/07  Medical Set-Aside
Idaho State Bar

11/05  Vocational Expert Opinion in Employment Discrimination Cases
IARP Forensic Section Conference

11/05  MSA Made Easy
IARP Forensic Section Conference

10/05  The REAL World of MSA Preparation
Medipro seminar – Advanced Medicare Set- Aside Program

03/01  Presented Seminar on Life Care Planning
PHICO Insurance Company

12/95  Presented at Seminar on Return to Work
INOVA Center for Rehabilitation

## *Professional Peer Review Certifications*

Life Care Plan Work Product- International Association of Rehabilitation Professionals, 2000

## *Professional Peer Reviewer*

Earnings Capacity Evaluation – International Association of Rehabilitation Professionals, 2000

Life Care Planning - International Association of Rehabilitation Professionals, 2000

## *Awards*

Rehabilitation Professional of the Year 2000-2001 presented by Virginia NARPPS

(Updated 03/2007)

Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, (D) ABVE          Sworn Testimony

| | | |
|---|---|---|
| 6/16/04 | Wilson v Wilson | Trial testimony-divorce (Fairfax Co., VA) |
| 6/21/04 | Ricchini v McDonalds | Deposition-sexual harassment/personal injury (Montgomery. Co., MD) |
| 6/28/04 | Harrison v Amtrak | Deposition-personal injury/WC (Wash, DC) |
| 8/11/04 | Persaud v Northstar | Trial testimony-sexual harassment/personal injury (Anne Arundel Co, MD) |
| 9/24/04 | Luellen v Luellen | Trial testimony-divorce (Fauquier Co., VA) |
| 11/23/04 | Wright v Magruders | Deposition-workers' compensation (VA) |
| 12/7/04 | Knopf v Knopf | Deposition-divorce (Montgomery Co, MD) |
| 12/13/04 | Kalkunte v VMI/AP | ALJ Hearing (Sarbanes/Oxley case-DOL) |
| 12/20/04 | Inge v Levine, et al. | Deposition-med mal (City of Danville, VA) |
| 1/5/05 | Buruca-Melgar v Prince George's Co | Deposition-personal injury (Prince Georges Co, MD) |
| 1/13/05 | Semere v Wyndham Washington | ALJ Hearing-workers' compensation (DC) |
| 1/17/05 | Helal v Radice | Deposition - atty malpractice |
| 1/18/05 | Walker v Wal-mart | Deposition-workers' comp (Charles Co,MD) |
| 1/20/05 | Walker v Wal-mart | Trial testimony - WC (Charles Co., MD) |
| 2/7/05 | Inge v Levine, et. al. | Trial testimony-medical malpractice (City of Danville, VA) |
| 2/14/05 | Farley v Wilbar & Arnold | Deposition – workers' compensation (VA) |
| 3/2/05 | Mejia v Prince George's Hospital Ctr | Deposition – wrongful birth (Prince Georges Co., MD) |
| 3/8/05 | Schwartz v Schwartz | Deposition - divorce (Fairfax Co, VA) |
| 3/23/05 | Beck v Beck | Trial testimony - divorce (Fairfax Co., VA) |
| 3/28/05 | Hall v Cohen | De Bene Esse Depo-personal injury (Conn) |
| 4/12/05 | Clark v Weinstein et al | Trial testimony-personal injury (DC Sup Ct) |
| 5/16/05 | Kantor v Grand Marquis Café | Trial testimony-workers' comp (MD) |
| 5/23/05 | Miller v U.S. Airways | Deposition – workers' compensation (VA) |
| 5/24/05 | Sharifi v Arlington Hospital | ALJ Hearing - workers' compensation (VA) |
| 6/20/05 | Miller v U. S. Airways | ALJ Hearing - workers' compensation (VA) |
| 6/24/05 | Devers v INOVA | ALJ Hearing - workers' compensation (VA) |
| 6/27/05 | Birdsall v UPS | Deposition – MVA |
| 8/18/05 | Continental Realty Corp v Charles Talar | Trial testimony-eviction (Baltimore Co,MD) |
| 8/23/05 | Tlapechco v Handler Corp, et al. | Trial testimony – personal injury (New Castle Co, DE) |
| 9/14/05 | Nessa v Qureshi | Deposition-med mal (Bergen Co, NJ) |
| 9/20/05 | Weaver v Emergency Physicians | Deposition-med mal (Fairfax Co, VA) |
| 9/28/05 | Fadnes v Fadness | Trial testimony-divorce (Fairfax Co., VA) |
| 11/28/05 | Gripiotis v Gripiotis | Trial testimony-divorce (Mont Co, MD) |
| 1/4/06 | Gimbel v American Radiology | Deposition - wrongful birth (Baltimore City, MD) |
| 1/5/06 | Brown v PEPCO | Trial testimony – workers' comp (DC) |
| 1/30/06 | Henry v Verizon | Trial testimony - WC appeal (Prince George's County, MD) |
| 1/30/06 | Vieira v Vieira | Trial testimony – divorce (Prince William County, VA) |
| 2/2/06 | Bodnar v Erie Insurance Group | Deposition – MVA (St. Mary's Co., MD) |
| 2/7/06 | Brooks v WMATA/Baker Heavy Hwy | Trial testimony - workers' comp (DC) |
| 3/1/06 | Bin v Thomas R. Williams Construction | ALJ Hearing – workers' compensation (VA) |
| 3/6/06 | Rice v Haddock | Deposition – med mal (Anne Arundel Co., MD) |
| 3/21/06 | Yuen v Gubrud | Trial testimony – custody and child support (Prince William Co., VA) |
| 4/3/06 | Toder v Alternative Designs | ALJ Hearing – workers' compensation (VA) |

| | | |
|---|---|---|
| 4/24/06 | Washington v Square D Co., et al. | Deposition – personal injury (City of Richmond, VA) |
| 4/26/06 | Clingerman v Holy Cross Hospital | Trial testimony – WC appeal (Prince George's County, MD) |
| 5/1/06 | Hebble v Otis Elevator | Deposition – personal injury (Arlington Co, VA |
| 5/1/06 | Van Kirk v Van Kirk | Deposition – divorce (Fairfax Co., VA) |
| 6/6/06 | Butler v Progressive Nursing | Trial testimony – workers' comp (D.C.) |
| 6/6/06 | Smith v TSS | Trial testimony – employment discrim/ harassment (Prince George's Co., MD) |
| 6/9/06 | Fonseca Lugo v 16th Street Clinic | Trial testimony- med mal (Federal Court, Milwaukee, WI) |
| 6/26/06 | Harrison v Harrison | Trial testimony–divorce (City of Alex, VA) |
| 7/19/06 | Headley v J. M. Benson Co | Trial testimony – workers' comp (D.C.) |
| 7/20/06 | Feord v Feord | Trial testimony-divorce (Fairfax Co., VA) |
| 7/25/06 | Weaver v Craig | Deposition – personal injury (Anne Arundel, Co., MD) |
| 8/15/06 | Porterfield v Porterfield | Trial testimony – divorce (Prince William, Co., VA) |
| 9/6/06 | Tlapechco v Handler Corporation, et al. | Deposition – personal injury (New Castle Co., DE) |
| 9/18/06 | Coleman v Mitsubishi Caterpillar Forklift | Deposition – personal injury (City of Lynchburg, Lynchburg, VA) |
| 9/27/06 | Miazza v Miazza | Trial testimony-divorce (Fairfax Co., VA) |
| 10/19/06 | Monroe v Barton Protective Services | Deposition-workers' comp (D.C.) |
| 11/16/06 | Murry v BNA | Deposition-wrongful termination (D.C.) |
| 11/21/06 | Gripiotis v Gripiotis | Trial testimony-divorce (Mont Co., MD) |
| 11/28/06 | Aikman v Kanda | Trial testimony-med mal (Superior Court for the District of Columbia) |
| 12/12/06 | Muhammad v Eastern Electric | Trial testimony - workers' comp (DC) |
| 12/19/06 | Keller v Keller | Trial testimony - divorce (Fairfax Co., VA) |
| 2/2/07 | Elguezabal v UMMS | Deposition-med mal (Baltimore City Court) |
| 3/5/07 | Gross v Bank, M.D. | Deposition-med mal (Superior Court for the District of Columbia) |
| 3/6/07 | Boyd v Taylor-Boyd | Trial testimony - divorce (Fairfax Co., VA) |
| 3/12/07 | Shapiro v Shapiro | Trial testimony - divorce (Arlington, Co., VA) |
| 3/13/07 | McGhee v Popeye's | Trial testimony – worker's compensation appeal (Prince George's Co., MD) |
| 4/11/07 | Seroka v Seroka | Trial testimony – divorce (Fairfax Co., VA) |
| 4/12/07 | Kreutzberger/Lamberson v Wermuth | Deposition-med mal (Superior Court of NJ, Hunterdon County) |
| 5/9/07 | Casamento v UPS | Deposition–MVA (US District Court for the District of Maryland – Southern Division) |
| 5/21/07 | Decker v Ciacci, M.D., et al | Deposition-med mal (Baltimore City Court) |
| 5/29/07 | Joyce v Calvert Co. Board of Education | Trial testimony – workers' compensation appeal (Calvert Co., Maryland) |
| 5/31/07 | Sharps v District Hospital Partners | Deposition-med mal (Superior Court for the District of Columbia) |
| 6/22/07 | Zavala v WASA | Deposition – MVA (Superior Court for the District of Columbia) |
| 6/26/07 | Calderon v Horning Brothers | ALJ Hearing - workers' comp (DC) |
| 6/26/07 | Novitsky v Novitsky | Trial testimony - divorce (Fairfax Co., VA) |
| 7/17/07 | Balmford v P & W Excavating, et al. | Deposition – MVA (Washington Co., MD) |
| 7/25/07 | Liu v Thomasson | Trial testimony – divorce (Fairfax Co., VA) |
| 7/30/07 | Curry v Marlow | Deposition – MVA (Warren Co., VA) |

| Date | Case | Description |
|---|---|---|
| 8/10/07 | Bach v Bach | Trial testimony – divorce (Stafford Co., VA) |
| 9/5/07 | Banks v Banks | Trial testimony – divorce (Fairfax Co., VA) |
| 9/20/07 | Duchene v Duchene | Deposition – divorce (Fairfax Co., VA) |
| 9/24/07 | Stemke v Honeywell | Trial/ALJ testimony – WC/Longshore |
| 10/2/07 | Betts v Berwind Corporation | Deposition – WC (Prince George's Co, MD) |
| 10/4/07 | Afshar v Marshall's | Deposition – personal injury (Prince George's Co., MD) |
| 10/17/07 | Balmsford v P & W Excavating, et al. | Trial testimony – MVA (Washington Co., MD) |
| 10/30/07 | Kelley v Kelley | Trial testimony – divorce (Mont. Co., MD) |
| 11/7/07 | Bado v Southland | Deposition – employee discrimination (Prince George's Co., MD) |
| 11/27/07 | Johnson v Queen | Deposition – lead paint (Sup Ct. for DC) |
| 12/12/07 | Monroe v Lockheed Martin | ALJ Hearing – workers' comp (DC) |
| 12/19/07 | Booth v UMMS | Deposition – med mal (Baltimore, MD) |
| 1/9/08 | Judeh v Kheder | Deposition – negligence (Fairfax Co., VA) |
| 1/14/08 | Francella v Poole & Kent | Deposition – workers' comp (VA) |
| 1/23/08 | Griffin v Griffin | Trial testimony – divorce (Winchester, VA) |
| 2/6/08 | Moshari v Enterprise Leasing | Deposition – workers' comp (VA) |
| 3/18/08 | Hall v DORS | ALJ Hearing – OHA (Baltimore, MD) |
| 3/20/08 | Wilson v GEICO | Deposition – employment discrimination (Montgomery Co., MD) |
| 3/20/08 | Easter v PEPCO | Trial testimony - workers' comp (Prince George's Co., MD) |
| 03/25/08 | Reed-Baden v Abidin, M.D. | Deposition – med mal (Fairfax Co., VA) |
| 04/09/08 | Wolff v Wolff | Trial testimony – divorce (Prince William Co., VA) |
| 04/15/08 | Zervas v Wasington Hospital Center | Deposition – med mal (Superior Ct of DC) |
| 04/22/08 | Morris v Keibler-Thompson | Deposition – personal injury (Baltimore Co., MD) |
| 04/25/08 | Morris v Keibler-Thompson | Trial testimony – personal injury (Baltimore County, Maryland) |
| 04/29/08 | Wharton v Centeno. et al. | Deposition – MVA/personal injury (Superior Court of the District of Col.) |
| 6/1/08 | Oliver v George Washington Univ. | ALJ Hearing – Workers' Comp (DC) |
| 6/9/08 | Trammell v Montgomery co Board of Ed. | Deposition – Workers' Comp (Maryland) |
| 6/18/09 | Jones-Whitley v Isabel Mercer, et al. | Deposition – MVA/persona injury (Superior Court of the District of Columbia) |
| 6/19/08 | Rekow v Rekow | Deposition-divorce (Rappahannock Co.,VA) |
| 7/22/08 | Richard Williams v Bob Hall, Inc | Deposition – Workers' Comp Appeal (Calvert Co.,, MD) |
| 7/24/08 | Richard Williams v Bob Hall, Inc | Trial testimony – Workers' Comp Appeal (Calvert Co., MD) |
| 7/28/08 | Robert Armstrong v Hamilton Group | ALJ Hearing – Workers' Comp (DC) |
| 7/30/08 | Ezzati v Ghiasi | Deposition – divorce (Montgomery Co., MD) |
| 7/31/08 | Wolff v Schwinn | Deposition – MVA/personal injury (Montgomery County, MD) |
| 8/4/08 | Bado v Southland | Deposition-Workers' comp (Maryland) |

# EXHIBIT B

# Life Care Plan

# Linda Muse-Freeman

**Prepared by: Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, ABVE (D)**
**Vocational Rehabilitation Consultant and Life Care Planner**

**George Moore & Associates, Inc.**
**2046 John Rolfe Parkway**
**Richmond, VA 23238**

 George Moore & Associates, Inc.     1-800-220-3281

# TABLE OF CONTENTS

**Page No.**

|      |                           |   |
|------|---------------------------|---|
| I.   | INTRODUCTION              | 1 |
| II.  | PERSONAL INFORMATION      | 2 |
| III. | MEDICAL SUMMARY           | 2 |
| IV.  | CURRENT MEDICAL TREATMENT | 3 |
| V.   | MEDICATIONS               | 3 |
| VI.  | FUNCTIONAL ABILITIES      | 3 |
| VII. | RECOMMENDATIONS           | 4 |
|      | CHARTS                    |   |

## I. Introduction

This Life Care Plan was completed at the request of Tess Kline, Esquire, from the law firm of Buckley & Thoreaux, LLC, of Princeton, New Jersey. The Life Care Plan is a dynamic document based upon a comprehensive assessment, data analysis and research, which provides an organized, concise plan for current and future needs, with associated costs for Ms. Linda Muse-Freeman.

The opinions contained in this report are held to within a reasonable degree of certainty in the field of life care planning. If further information regarding Ms. Muse-Freeman becomes available, this report is subject to change. The Life Care Plan was completed after review of the following documents and records:

1. Personnel Records of Ms. Linda Muse-Freeman
2. Medical Records of Armen Simonian, M.D.
3. Medical Records, Capital Health Systems
4. Medical Records, Manish Gugnani, M.D.
5. Medical Records, Satvinder Dhillon, M.D.
6. Records of Capital Health System Anesthesia Record
7. Partial Hospital Chart Capital Health System @ Mercer (Discharge Summary History and Physical)
8. Deposition of Dr. Deborah Fox
9. Records from Princeton Insurance Company
10. Answers to Interrogatories of Dr. Bhatti
11. Photographs of the Plaintiff
12. Preliminary Life Care Plan, Terri Patterson, RN & Jody Masterson, RN – 09/27/2007
13. Life Care Plan Addendum – 04/30/2008
14. Anesthesia Note of Client, 8/8/2005
15. Records and Rule 26 Disclosure of Co-Defendant Armen Simonian, MD and Mercer Gastroenterology
16. Medical Report, Steven Konstadt, MD – 07/01/2008
17. Medical Reports, James F. Noone, MD – 04/25/2008, 04/28/2008
18. Nursing Report, Paul J. Nissley, CRNA
19. Medical Report, David Morowitz, MD – 04/28/2008
20. Assessment of Economic Loss, Jerome M. Staller, Ph.D. – 02/14/2008
21. Physical Medicine and Rehabilitation Evaluation, Richard P. Bonfiglio, MD – 03/26/2008
22. Deposition, Selve Muse-Freeman – 05/02/2008
23. Deposition, Melissa Wilson – 05/02/2008
24. Medical Records, Williams Hirsch, M.D.
25. Deposition, Thania Camilo, RN – 04/08/2008
26. Deposition, Susan Pietrazak, RN – 04/08/2008
27. Records, J.C. Nationwide
28. Deposition, Imran Bhatti, MD – 03/17/2008
29. Deposition, Armen Simonian, MD – 02/15/2008

30. Deposition, Elinor Winter, CRNA – 02/29/2008
31. Personnel file, Linda MF, Capital Health System

In addition to reviewing the records, I had the opportunity to see Ms. Muse-Freeman in the nursing facility in which she currently resides. Ms. Muse-Freeman has been diagnosed with MRSA. Therefore, a gown and surgical mask had to be worn when entering Ms. Muse-Freeman's room. Mr. Tom Donnelly, Ms. Muse-Freeman's attorney and Stacy Hohenleitner, a registered nurse attended the meeting. While at the nursing facility, I had the opportunity to speak with several individuals who work at the nursing facility including Dianne Walker and Mary Clayton, two nurses on the floor on which Ms. Muse-Freeman resides and Carl, one of the employees in the bookkeeping department.

## II. Personal Information

Ms. Muse-Freeman is a 57 year old female. (DOB – 3/13/1950). She currently resides in Briarleaf Nursing Facility in Doylestown, Pennsylvania. She has two adult daughters who visit regularly.

## III. Medical Summary

On August 8, 2005, Ms. Muse-Freeman underwent a medical procedure for a gallbladder problem. This procedure required administration of anesthesia. She was administered the anesthesia, per the pre-operative evaluation. A code was called on Ms. Muse-Freeman and she was transferred to the Intensive Care Unit (ICU). She had an episode of bradycardia and was intubated and chest compression was started. After being transferred to the ICU, she was on a ventilator.

Ms. Muse-Freeman was admitted to Briarleaf Nursing Home in April 2007. Her treating physician since she has been at this facility is Dr. Deborah Fox. According to Dr. Fox, Ms. Muse-Freeman "is in a persistent vegetative state and unable to do anything for herself and must have continuous nursing care. She is fed through a PEG tub as she is unable to eat. She has a trach. She has wounds which require nursing care. She is unable to bathe or dress herself and she is verbally uncommunicative." Ms. Muse-Freeman is dependent on others for all of her daily living activities and medical care.

Prior to coming to Briarleaf, Ms. Muse-Freeman she was at Langhorne Garden for approximately one year.

While at Briarleaf, Ms. Muse-Freeman has been admitted to the local hospital on occasion for respiratory infections. After each hospital admission, she returns to Briarleaf.

## IV. Current Medical Treatment

Currently, Ms. Muse-Freeman requires 24/7 care, 365 days per year. That care is being provided in a nursing home facility where trained professionals and support staff take care of her activities of daily living, administer medication, and provide medical care. There is a doctor available for medical emergencies and routine medical care.

Ms. Muse-Freeman sees Dr. Fox, her primary care physician, once a month. In addition, she sees a pulmonologist regularly, a podiatrist every three months and Dr. Steinberg, a wound care specialist, every week. Ms. Muse-Freeman currently has several sores that are being monitored by the physician on a weekly basis. Dr. Steinberg's note of June 24, 2008 indicates that the "wounds overall are stable or improved".

## V. Medications

Ms. Muse-Freeman is on numerous medications. A list of her current medications was provided by the facility in which she currently is residing. I have not included the medications for high blood pressure (Catapres, Enalapril, Metoprolol/Lopressor, and Amlodipine) or diabetes in the Life Care Plan. Ms. Muse-Freeman had diabetes and high blood pressure prior to August 2005.

## VI. Functional Abilities

Ms. Muse-Freeman is unable to respond in any manner to any question. Cognition, perception, and pain are unable to be accurately accessed.

Ms. Muse-Freeman is not ambulatory. She remains in her bed most of the week. She is placed in a geri-chair/reclining wheelchair a couple times a week. She is unable to sit in a regular wheelchair since she has no balance and is unable to assist in her own activities.

Ms. Muse-Freeman is fed and provided medications via a tube. She is unable to eat any food. She is unable to swallow medications.

Ms. Muse-Freeman is incontinent. She wears adult diapers and is changed during the day. She is not catheterized. Ms. Muse-Freeman has a colostomy for bowel functions.

In meeting with Ms. Muse-Freeman, it was noted that she was unable to perform any activities upon request. She was able to open her eyes to noise; however, she did not turn her head in the direction of the person speaking when asked, and she was unable to respond in any manner to any question. She does not blink, nod, move her eyes or move her fingers (can not squeeze a hand) in response to questions.

## VII. Recommendations

As previously noted, Ms. Muse-Freeman currently resides in a nursing facility. Ms. Muse-Freeman is involved in restorative nursing, which includes basic range of motion exercises. Other activities that are covered by the facility include washing, dressing, incontinence care, turning every few hours to avoid additional bed sores, checking skin integrity, wound care of the existing sores, feeding via a G-tube, tracheostomy care, suctioning as needed, medication management, and placing splints on Ms. Muse-Freeman's hand to avoid contractures. No additional therapies, such as physical therapy or speech therapy have been recommended. Also as previously noted, there is no method of communicating with Ms. Muse-Freeman since she does not respond in any manner and her cognition can not be assessed. Therefore, speech/cognitive therapy would not be of any benefit.

In the Life Care Plan, a daily charge in the nursing facility includes the per diem rate (which includes the restorative nursing program - $249.00), partial concentrator use/ oxygen ($8.00/day), specialty mattress use ($55.00/day), disposable medical supplies such as gauze, tape, etc for wound care ($10.00/day), and full incontinence care ($10.00/ day). There also is $32.00 fee per month for laundry services.

The facility also provides all necessary equipment that is necessary such as wheelchairs, a Hoyer lift, etc, and are available at no extra cost.

Facility Care: Ms. Muse-Freeman is residing at Briarleaf Nursing Facility. She requires specialized care that she would not be provided at home. In addition, although it has not been possible to assess her perception or cognition, the nursing facility provides constant stimulus that Ms. Muse-Freeman would not obtain at home. The facility cost is included in the life care plan as outlined above.

Routine Medical Care: Medical/physician care is not covered by the facility fee. Ms. Muse-Freeman has four physicians that are participating in her care, a primary care physician, a pulmonologist, a podiatrist and a wound specialist.

Medications: Medications also are an additional cost, and have been included in the life care plan. Medications for high blood pressure have not been included in the plan.

Diagnostic Testing: Ms. Muse-Freeman will need some periodic diagnostic testing to evaluate her condition.

Orthotics/Splints: Ms. Muse-Freeman wears splints on her hands each day.

Hospitalizations: Ms. Muse-Freeman has experienced several hospitalizations as a result of various respiratory problems. She is generally taken to the Emergency Department and then hospitalized for a few days. She does not have just Emergency Room visits. Her last admission was for a respiratory infection/pneumonia and an upper

Life Care Plan/Muse-Freeman v. Bhatti, MD
George Moore & Associates, Inc.

Page 4
July 10, 2008

gastrointestinal bleed and was from May 7, 2008 to May 15, 2008.  She has not been hospitalized since that time.

Transportation: Ambulance rides to the hospital are an extra charge.

Thank you for the opportunity to evaluate Ms. Muse-Freeman.  If you have any further questions or concerns, please feel free to contact me at any time.

Respectfully submitted by,

*Trudy Koslow/cr*

Trudy R. Koslow, M.Ed., CRC, CCM, CLCP, (D)ABVE
Vocational Rehabilitation Consultant and Life Care Planner

Life Care Plan/Muse-Freeman v. Bhatti, MD
George Moore & Associates, Inc.

Page 5
July 10, 2008

George Moore & Associates, Inc.
2046 John Rolfe Parkway

Richmond, Virginia 23238

# LIFE CARE PLAN

**Facility Care**

Client Name: Linda Muse-Freeman
Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

| Type | Age/Year Initiated | Age/Year Suspended | Frequency | Base Cost | Annual Cost |
|---|---|---|---|---|---|
| Briarleaf/Facility Care | 2008 | Lifetime | Daily 24/7 | $332.00 per day* | $121,564.00 |

*Cost includes per diem ($249.00), mattress ($55.00 per day), disposable medical supplies ($10.00 per day), full incontinence care ($10.00 per day), partial concentrator/ oxygen care ($8.00 per day) and includes $32.00 per month for laundry services.

LIFE CARE PLAN

CHART A

George Moore & Associates, Inc.

2046 John Rolfe Parkway

Richmond, Virginia 23238

# LIFE CARE PLAN

**Routine Medical Care**

Client Name: Linda Muse-Freeman

Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

| Type | Age/Year Purchased | Age/Year Suspended | Frequency | Base Cost | Annual Cost |
|---|---|---|---|---|---|
| Primary Care Physician | 2008 | Lifetime | 12 times a year | $100-150.00 | $1,200-1,800.00 |
| Podiatrist | 2008 | Lifetime | 4 times a year | $100-150.00 | $400-600.00 |
| Pulmonologist | 2008 | Lifetime | 4 times a year | $200-250.00 | $800-1,000.00 |
| Wound Care Specialist | 2008 | Lifetime | 52 times a year | $150-200.00 | $7,800-10,400.00 |

**LIFE CARE PLAN**

**CHART B**

George Moore & Associates, Inc.
2046 John Rolfe Parkway

Richmond, Virginia 23238

# LIFE CARE PLAN

## Medications

Client Name:  Linda Muse-Freeman
Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

| Description/Item | Age/Year Purchased | Age/Year Suspended | Replacement Schedule | Base Cost | Annual Cost |
|---|---|---|---|---|---|
| Keppra 5 ml per day | 2008 | Lifetime | 5 ml per day | $911.14 for 1400 ml | $1,187.73 |
| Zolpidem 10 mg/Ambien | 2008 | Lifetime | 1 per day | $45.97 for 90 | $186.43 |
| Tramadol HCC 50 mg / Ultram | 2008 | Lifetime | 2 per day | $47.97 for 90 | $389.09 |
| Lactinex 1 gm | 2008 | Lifetime | 3 per day | $36.97 for 36 | $1,124.50 |
| Albuterol / Duoneb | 2008 | Lifetime | 3 per day | $383.24 for 180 | $2,331.38 |
| Reglan / Metoclopram | 2008 | Lifetime | 60 ml per day | $21.98 for 480 ml | $1,002.84 |
| Prevacid | 2008 | Lifetime | 30 mg once a day | $355.96 for 90 | $1,443.62 |
| Ferrous Sulfate | 2008 | Lifetime | 15 ml per day | $16.93 for 946 ml | $97.98 |
| Colace | 2008 | Lifetime | One per day | $20.99 for 60 | $127.69 |
| Mucomyst – 10 | 2008 | Lifetime | 15-18 ml per day | $103.93 for 180 ml | $3,161.20 |

**LIFE CARE PLAN**

**CHART C**

George Moore & Associates, Inc.
2046 John Rolfe Parkway

Richmond, Virginia 23238

**LIFE CARE PLAN**

**Diagnostic Testing**

Client Name:  Linda Muse-Freeman
Date of Birth:  March 13, 1950

Date Prepared: July 10, 2008

| Description | Age/Year Initiated | Age/Year Suspended | Frequency | Base Cost | Annual Cost |
|---|---|---|---|---|---|
| Bloodwork | 2008 | Lifetime | 12 times a year | $125.00 | $1,500.00 |
| Chest X-rays | 2008 | Lifetime | 1 time a year | $500.00 | $500.00 |

**LIFE CARE PLAN**

**CHART D**

George Moore & Associates, Inc.
2046 John Rolfe Parkway

Richmond, Virginia 23238

## LIFE CARE PLAN

Client Name: Linda Muse-Freeman
Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

Supplies

| Item | Age/Year Purchased | Age/Year Suspended | Replacement Schedule | Base Cost | Annual Cost |
|------|-------------------|--------------------|--------------------|-----------|-------------|
| Splints | 2008 | Lifetime | Once a year | $500.00 | $500.00 |

LIFE CARE PLAN

CHART E

George Moore & Associates, Inc.
2046 John Rolfe Parkway

Richmond, Virginia 23238

# LIFE CARE PLAN

## Hospitalizations

Client Name: Linda Muse-Freeman
Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

| Description | Age/Year Initiated | Age/Year Suspended | Frequency | Base Cost | Annual Cost |
|---|---|---|---|---|---|
| Hospitalizations | 2008 | Lifetime | 3-4 times a year 5-7 days each | $3,000-4,000.00 | $45,000-112,000.00 |

**LIFE CARE PLAN**

**CHART F**

George Moore & Associates, Inc.

2046 John Rolfe Parkway

Richmond, Virginia 23238

**LIFE CARE PLAN**

**Transportation**

Client Name:  Linda Muse-Freeman

Date of Birth: March 13, 1950

Date Prepared: July 10, 2008

| Type | Age/Year Purchased | Age/Year Suspended | Replacement Schedule | Base Cost | Annual Cost |
|------|------|------|------|------|------|
| Ambulance Service | 2008 | Lifetime | 3-4 times a year | $400.00 | $1,200-1,600.00 |

**LIFE CARE PLAN**

**CHART G**

EXHIBIT  C

1          TRUDY R. KOSLOW, M.Ed.

2              Medicare is only a secondary

3    provider, not a primary provider.  That

4    workers' comp people should still be the

5    primary provider.

6              So when you settle your case,

7    you have to set aside enough money to cover

8    future medical that Medicare would potentially

9    cover.  And -- and to do that, that actually

10   has to be evaluated by Centers for Medicare and

11   Medicaid Services, to make sure that that's

12   adequate for the coverage that you're going to

13   need in the future.

14      Q.       So you would look at -- on

15   behalf of Medicare and Medicaid, you would look

16   at the patient's needs, their future needs, and

17   look at whatever monetary fund the attorneys

18   were willing to set aside in a settlement and

19   decide if that was sufficient from Medicare and

20   Medicaid's perspective?

21      A.       That's what I'm doing now,

22   correct.

23      Q.       Okay.  You are not an R.N.; is

24   that correct?

25      A.       Correct.

```
  1              TRUDY R. KOSLOW, M.Ed.

  2       Q.        And are you -- as a

  3    rehabilitation counselor, do you believe you

  4    have sufficient expertise to render medical

  5    advice or provide medical advice?

  6       A.        I don't know what you mean by,

  7    "medical advice."  I can certainly do some

  8    things medically-related, yes.

  9       Q.        Are you qualified to render or

 10    give medical treatment?

 11       A.        No.

 12       Q.        Or make medical diagnoses?

 13       A.        No.

 14       Q.        And -- or make recommendations

 15    as to what tests may be required for a patient

 16    for diagnostic purposes?

 17       A.        Yes.

 18       Q.        Can you order medical tests?

 19       A.        No.

 20       Q.        Have you reviewed cases before

 21    for Buckley & Theroux?

 22       A.        Yes.

 23       Q.        Can you give me an idea how

 24    many?

 25       A.        A handful.  Five, maybe, six.
```

Page 34

1              TRUDY R. KOSLOW, M.Ed.

2     Ms. Kline?

3          A.       I don't know.  I don't know.

4          Q.       Have you ever offered an

5     opinion, either in a report or in testimony, as

6     to what a patient with a brain injury, what

7     their life expectancy is?

8          A.       No.

9          Q.       Is that an area that you believe

10    you're qualified to render an opinion on?

11         A.       No.

12         Q.       The evaluation or the time you

13    spent with Mrs. Muse at the nursing home, was

14    that a medical evaluation?  Clinical

15    evaluation?

16         A.       I'm not a doctor.  So it was a

17    life care planning evaluation.

18         Q.       Let me just look real quickly at

19    your list of testimony.

20              Can you give me an estimate as

21    to how much, on an annual basis, you earn from

22    your expert reviews and testimony?

23         A.       I have no idea.

24         Q.       What is your hourly rate for

25    today?

1              TRUDY R. KOSLOW, M.Ed.

2    BY MS. SHELLY:

3         Q.        Can you read -- the first page

4    is dated July 1st, 2008; is that right?

5         A.        Yes.

6         Q.        Okay.  The top left-hand side is

7    very difficult to read on the copy.  So just

8    read what is written on the top left-hand side.

9         A.        It says, "Seizures.  Last

10   hospitalization.  Last ER visit.  Bedsores.

11   Meds.  Docs.  PT, OT, ST.  Facility cost.  What

12   per diem includes.  What's extra.  What

13   equipment used.  What equipment covered."

14        Q.        Okay.  What -- do you recall why

15   you wrote these notes?

16        A.        These were some things I wrote

17   prior to going there to make sure that I looked

18   at or asked about.

19        Q.        And did -- were these notes

20   based on conversations you had with anybody

21   involved in this case?

22        A.        No.

23        Q.        Were they generated because you

24   had reviewed medical records?

25        A.        They were generated because I

Page 80

                    TRUDY R. KOSLOW, M.Ed.

1

2   was thinking about going there.

3       Q.      Okay.  Had you reviewed the

4   medical records before you went to see her?

5       A.      Some of them.  Not all of them.

6       Q.      On the second page, you list --

7   it looks as though you're listing supplies in

8   the room?

9       A.      Yep.

10      Q.      And the supplies listed here,

11  can we agree that she needs those?

12      A.      Yes.

13      Q.      About two-thirds of the way down

14  the page, it's written -- I think it says,

15  "Total care"?

16      A.      Yes.

17      Q.      What does that mean?

18      A.      That she is total care.

19      Q.      She needs total care?

20      A.      That she cannot care for herself

21  at all.

22      Q.      And can we agree -- would you

23  agree with the statement that she needs total

24  care because of her anoxic brain injury?

25                  MS. KLINE:  Objection to form.